*SAMPLE ONLY*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

YOUR NAME, Joan Newberger
Plaintiff

**11-2996**

**SECT. R MAG. 1**

-vs-

DEFENDANT(S) NAME(S), houlsiANA Wild life + fishery New Orleans
Defendant(s)

COMPLAINT

1. *A statement of jurisdiction*
(Separate Paragraph)

Return of 4 service monkeys
taken 2/26/2011 NOLA

2. *A statement of the parties*
(Separate Paragraph)

houisiana Wild life + fishery NOLA
Maria Davidson NOLA

3. *A statement of claim*
(Separate Paragraph)

4 service monkeys taken 2/26/11

letter attached

4. *A statement of relief*
(Separate Paragraph)

4 service monkys return and bill to lawyers
Under the ADA Federal before March 15, 2011

Dated: 11/27/11

**TENDERED FOR FILING**

**DEC 2 - 2011**

**U.S. DISTRICT COURT**
**Eastern District of Louisiana**
**Deputy Clerk**

JOAN S. Newberger
1505 Cedar Rd.
Carriere
Lot 53
Corriere MS
39426
601-590-3461

(YOUR SIGNATURE IN INK)
Your Name Typed or Printed
Street Address
City, State, Zip code
Telephone Number

Fee Pauper
Process
Dktd

SAMPLE ONLY

'To whom concern'.

Joan S Newberger
p905 Ceaser Rd.
Carriere M S 39426
601-590-3461
65 senior autism
since birth.

Joan Newberger called Maria Davidson Dec. 2, 2010 around 10:30 and waited for her Fax's ,on Dec. 3 called Maria Davidson back and told her Joan did not get the fax,s Maria Davidson a agent for wildlife and fishery in New Orleans La. told Joan Newberger that more than likely I would be fine to bringing my service monkeys. I told Maria Davidson about my Autism, claustrophobia and reaphodia. She told me the best time to come would be the middle of February to the end or beginning of April to the end. February 26 about 2;15 we arrived in New Orleans on Bourbon St. we walked down towards a band playing drums to a corner cove near a hotel where the sidewalk is wider, found a open area in the corner to stop to rest and change my services monkeys diapers and feed them drink and food. As we were about to leave Maria Davidson with two wildlife officers and 6 NO PD policeman came up and Maria Davidson told me she was taking my monkeys 4 of them, T. Fox wrote a ticket for 5 monkeys on the original ticket with  the wrong code, no such violation 56:115a ,later wildlife whited out and changed to 56:579.1 and wrote(seized jointly) and 5monkeys to 4 monkeys to wildlife originals which were given to DA., Judge and our lawyers Joan Newberger has the only original ticket not tampered with all 3 changes  and everyone acted like it never happened and would not talk about it.Joan Newberger try ed to explain they were service animals and had gotten permission to bring them to New Orleans and no one is supposed to be able to take a service animal from a disable person, but she took my monkeys away. I told her we were leaving and Davidson told Joan Newberger that was not  an option and if I did not give the monkeys to her she would have me in jail and take them anyway. She told me she had a family that knew all about monkeys and I could visit them in a couple of days. Wildlife put them in little cages with no towels or blankets and it was in February. Wildlife drove six hours away to Monroe,La.. Zoo with one female marmoset died after 3 months in the zoo care .The judge gave me permission to visit with them once a week for a one and 1/2 hours since one had already died. The first time I went one female was all hunched up on her back like someone hurt her.My male marmoset was all matted and he was very thin with sores and scabs under his hair line or coat. The female patas was all swollen genital area with no answer from caretaker? The next visit the male was still thin but the matts were gone and told me they have not been in sunlight in 5 months and no baths either. I saw them 3 times and the zoo changed their food  to a wild monkeys diet and having trouble adjusting to  my diet they had for almost 6 yrs. a more processed food which is easy to eat and digest approved by my vet and USDA.They need steamed vegetable and soft foods  because they do not have teeth for hard foods ,they only weight of 1 lbs. each a small monkey.The judge said the state had a good case and the A.D.A. had a good case and went with the state,kept us their from 9;00am in morning to 9:30 pm everyone very tired ,5 prosecutors  and over 20 wittiness that took up all the time, to my 1 lawyer and two helpers with only one wittiness and objecting to everything with me breaking down several times and prosecutors rushing the judge at the end demanding to take my service monkeys away from me very heart broken thing to go through and no respect for my disability only objections from the state on my disability and my services animals which was still under A.D.A. law as services animals til march 14,2011 went in affect and I still could find safe harbor under the FHAct in my home and in Mississippi , Texas, Florida,and many other states. can still can have them as service animals with no problems with proper vet checks and at home in Florida.Wildlife& Fishery Maria Davidson the author of the current state laws in La. for primates does not respect  my disability or my services animals which other states do, therefore I believe I was loitered into the state to obtain my service animals which they say is a pets or captive wildlife and are very concerned for their well being or their life in general as wild animals not a social class services animals raised for human contact for a disabled person since babies to 6 years of their life, so any help to get my service animal back into service and establish their place as service animals will deeply appreciated as I am very ill over what has happened and really need them back for 24/7 care a working relationship going on for almost 6 years, thank you

11/27/11

JOHN S. Newberger
1505 Ceaear Rd lot 53
Carriere MS 39426

HATTIESBURG MS 394

30 NOV 2011 PM 11

Clerks Office
United States District Court
Eastern District of Louisiana
New Orleans LA. 70130

7013022993

application
Short form